| | |
|---|---|
| 1 | **LAW OFFICES OF PAUL DELANO WOLF** |
| | PAUL D. WOLF, SBN 78624 |
| 2 | LYNN M. KESLAR, SBN 191521 |
| | Evers Building |
| 3 | 717 Washington Street, 2nd floor |
| | Oakland, CA 94607 |
| 4 | Telephone: (510) 451-4600 |
| | Facsimile: (510) 451-3002 |
| 5 | paul@pdwolflaw.com |
| | lynn@pdwolflaw.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | HASAN SWAID |

**FILED**
FEB 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | United States of America, | ) Case Nos. | 07-70057 WDB |
| 12 | Plaintiff, | ) | (Hasan Swaid and Rosemont Wholesale, Inc.) |
| 13 | | ) | 07-70058 WDB |
| 14 | v. | ) | (Mohammed Aldhufri) |
| 15 | Hasan Swaid, et. al. | ) | 07-70059 WDB (Mossleh Amari) |
| 16 | Defendants. | ) | 07-70060 WDB |
| 17 | | ) | (Nabil Munasar Alzoqari) |
| 18 | | ) | 07-70062 WDB (Wahidullah Ahmadi) |
| 19 | | ) | |
| 20 | _____ | ) Case No. | 07-70078 WDB |
| 21 | United States of America, | ) | |
| 22 | Plaintiff, | ) | |
| 23 | | ) | [~~PROPOSED~~] ORDER EXTENDING TIME FOR |
| 24 | v. | ) | PRELIMINARY HEARING OR FILING OF INDICTMENT TO |
| 25 | Sufian Khalil Al Khalidi and Basheer Mossleh Abdo Ammari, | ) | MARCH 12, 2007 (FRCP 5.1) |
| 26 | | ) | |
| 27 | Defendants. | ) cc: Copies to parties via ECF, WDB's Stats |
| 28 | | ) | |

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

1  The Defendants in the above captioned matters, and the United States, through their
2  counsel, having agreed and consented to an extend the time for a preliminary hearing or the
3  filing of an indictment to March 12, 2007, and GOOD CAUSE having been found,
4      IT IS HEREBY ORDERED that
5  The time for preliminary hearing or filing of an indictment in the above captioned
6  matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12,
7  2007.
8  SO ORDERED.

2/21/07

_____
The Honorable WAYNE D. BRAZIL
Magistrate Judge

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT